# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN GOODWIN BENTLEY II,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | Case No. 22-cv-03567-SSS-RAO<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The Court has further engaged in a *de novo* review of those portions of the Report issued on September 23, 2022, to which Petitioner has objected. The Court is not persuaded by Petitioner's objections and hereby **ADOPTS and ACCEPTS** the findings, conclusions, and recommendations of the Magistrate Judge. [Dkt. 20].

1  **IT IS ORDERED** that the Motion to Dismiss [Dkt. 11] is **GRANTED**, and
2  Judgment shall be entered **DISMISSED WITH PREJUDICE**.
3
4  Date: November 7, 2022
5
6  SUNSHINE S. SYKES
   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28