JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN GOODWIN BENTLEY II,<br>Petitioner,<br>v.<br>PATRICK COVELLO,<br>Respondent. | Case No. 22-cv-03567-SSS-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

Date: November 7, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE